# ELECTRONIC RECORD

COA # 07-12-00201-CR          OFFENSE: OTHER CRIMINAL

STYLE: Douglas Hoopes v. The State of Texas          COUNTY: Travis

COA DISPOSITION: REVERSE AND RENDER          TRIAL COURT: 299th District Court

DATE: 05/22/2014          Publish: YES     TC CASE #: D-1-DC-12-907052

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Douglas Hoopes v. The State of Texas          CCA #: 1065-14

_____State's_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____refused_____          JUDGE: _____

DATE: Nov. 26, 2014          SIGNED: _____          PC: _____

JUDGE: PC; Meyers J. would grant PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**